1014

[No. 29666-1-III. Division Three. March 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT R. ELLISON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-02589-9, Gregory D. Sypolt, J., entered January 21, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.

[No. 28737-8-III. Division Three. March 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL CISNEROS DIAZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-02755-1, David A. Elofson, J., entered December 18, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Brown and Siddoway, JJ.

[No. 29799-3-III. Division Three. March 15, 2012.]

LANCE G. PIERCE ET AL., *Respondents*, v. ALBERT L. BELCHER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Stevens County, No. 09-2-00552-2, Allen Nielson, J., entered March 22, 2011. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Siddoway, J.

[No. 29850-7-III. Division Three. March 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RACHEL ANNE WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 10-1-00162-0, Richard W. Miller, J., entered April 18, 2011. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Sweeney and Brown, JJ.